# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Gregory Marque Hillie,<br><br>　　　Petitioner<br><br>v.<br><br>Kelvin Williams, Sheriff, et al.,<br><br>　　　Respondents | 2:18-cv-00350-JAD-CWH<br><br>**Order Dismissing Petition**<br><br>[ECF No. 1-1] |

Pro se petitioner Gregory Marque Hillie, who is apparently incarcerated in Bolivar County, Mississippi, has submitted what purports to be a petition for a writ of habeas corpus under 28 U.S.C. § 2254.[1] He has not paid the filing fee or submitted an application to proceed *in forma pauperis*, and his petition is plainly meritless. In three identical grounds for relief, Hillie claims that his constitutional right to "go forward permission" is being violated.[2] The supporting facts are nothing more than an incoherent stream-of-consciousness recitation: "Georgia and United States of America Constitutions Amendments bills of rights provide America with disability Act Discrimination Act violation if I cann't have this matter aprove no handicap toliet or bed since 8/10/2005 penalty damages provide Amendments a day violation fast and steady trial."[3] And he requests that someone—it's not clear who—"come in personal see actual footage lawsuit no via video intergrammer time table I am confined to a wheel chair."[4] I summarily dismiss this petition.

---

[1] ECF No. 1-1.

[2] ECF No. 1-1 at 3, 5, 7.

[3] *Id*. The quoted material is typed exactly as it appears in the petition.

[4] *Id*.

1 | Accordingly, IT IS HEREBY ORDERED that this **petition is DISMISSED**. And I
2 | decline to issue a certificate of appealability.

DATED: March 1, 2018.

_____
U.S. District Judge Jennifer A. Dorsey